IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–03287–WJM–KMT

CARLOS R. HULL,

      Plaintiff,

v.

BEVERAGE DISTRIBUTORS COMPANY, LLC,
TOM ROGERS,
JOHN JOHNSON,
LINDA HOLLMAN,
TED HALLEY, and
BRYAN LEVINS,

      Defendants.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on "Unopposed Motion to Withdraw as Counsel of Record" (#36, filed May 25, 2012). Being otherwise fully advised, it is hereby ORDERED that the Motion (#36) is GRANTED. Attorney Allison R. Cohn is relieved of any further representation of Defendants in the above-captioned matter. The Clerk of Court is instructed to remove Ms. Cohn from the electronic certificate of mailing.

Dated: May 29, 2012